**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6733**

———————

HERMAN L. MOODY,

                                    Plaintiff - Appellant,

        versus

RONALD J. ANGELONE, Director; GEORGE ALLEN,
Governor; JOHN JABE, Warden; JERRY KILGORE,
Director, Public Safety,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-96-94)

———————

Submitted: June 20, 1996          Decided: July 3, 1996

———————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Herman L. Moody, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1988) complaint. The district court dismissed the case without prejudice when Appellant failed to comply with the filing fee order. Finding no reversible error, we grant leave to proceed in forma pauperis and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED